**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| JAMES EUGENE YATES, | ) |
| Petitioner, | ) |
| | ) **Case No. 3:12-CV-00041 JLH-JTK** |
| v. | ) |
| | ) |
| MIKE ALLEN, Sheriff of Crittenden County | ) |
| Respondent. | ) |

## ORDER

Permission has been granted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (DE #3).

The clerk will serve a copy of the petition, and this Order on the respondent and the Attorney General by regular mail. Petitioner has also named Jennifer Miller, Parole Officer; Lynne Thornton, Department of Community Corrections Area Manager; and Steve Arnold Assistant Director of Parole Services as respondents, but only the person with custody over the petitioner needs to be named. 28 U.S.C. § 2242.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 22nd day of March, 2012.

_____
United States Magistrate Judge