# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| JAMES EUGENE YATES )<br>        Petitioner, )<br> )<br> )<br>v. )<br> )<br>MIKE ALLEN, Sheriff of Crittenden County )<br>        Respondent. ) | **Case No. 3:12-CV-00041 JLH-JTK** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 8th day of June, 2012.

_____
J. Leon Holmes
United States District Judge