# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| JAMES EUGENE YATES )<br>    Petitioner, )<br> )<br> )<br>v. )<br> )<br>MIKE ALLEN, Sheriff of Crittenden County )<br>    Respondent. )<br> ) | **Case No. 3:12-CV-00041 JLH-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 8th day of June, 2012.

_____
J. Leon Holmes
United States District Judge